F.A.O. Cristina Rotaru
With best Regards
Ibrahim

Fax: 001 202 6465199

# الْقُدْسُ الْعَرَبِيّ
AL-QUDS AL-ARABI

## DESCRIPTION

Al-Quds Al-Arabi founded in 1989, has rapidly became one of the most influential and well respected daily Arabic newspapers published in London. It appeals to the Arab lay person as well as Arab intellectuals. It covers Arabic, Middle Eastern and world events in a genuinely independent and objective manner.
It has a different orientation and is the essential Pan Arab. It covers key relevant political, economic and cultural topics in the Middle East and a must reading for valuable information and analysis especially on Middle Eastern affairs.
Current media research has confirmed that it is the best circulated Arabic daily in London, Europe, the USA, North Africa and the Middle East.
With offices and correspondents in most major capitals, Al-Quds Al-Arabi news and political coverage is excellent. The editorial content is second to none and the culture, sports and entertainment sections are highly appreciated by all our readers.

## FREQUENCY AND CIRCULATION

Since its launch in 1989, Al-Quds Al-Arabi has doubled in size to 20 pages. It is published 6 days a week and has a same day 75000 copy distribution throughout the UK, Europe, North Africa, and the Middle East. It is transmitted by satellite for simultaneous printing in New York from where it is distributed to readers across the USA and Canada.

---

Head Office (London): 164-166 King Street, Hammersmith, London W6 0QU   England
Tel: 0208-741 8008 (6 Lines) Fax: 0208-741 8902 / 748 7637
email: alquds@alquds.co.uk  * website: www.alquds.co.uk
Cairo Office: 43 a Kasser Al Neel St, First Floor, Flat No (2).
Tel/Fax: (202) 3901523
Morocco Office: 11 Melouiya St, Flat No 1, Agdal - Rabat - Morocco
Tel/Fax: (2127) 779682
Amman Office: Al Sahafa St, Badad Business Complex.
Tel: (9626) 5337920 Fax: 5337928
Paris Office: Tel / Fax: (331) 47893419