## LEGAL NOTICE

To named Defendants listed below:

**SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, a/k/a OSAMA BIN LADEN,**
Current location is unknown. Last know location was in Afghanistan;

**AL QAEDA, a/k/a THE ISLAMIC ARMY,**
Current location unknown. Last known location was in Afghanistan;

**THE TALIBAN,**
Current location unknown. Last known location was in Afghanistan

Larry Klayman, Esq.
JUDICIAL WATCH, INC.
501 School Street, S.W., Suite 500
Washington, D.C. 20024

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, JOHN DOE v. SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, a/k/a OSAMA BIN-LADEN, et al., Case No. 1:01CV02516. **NOTICE OF FILING OF COMPLAINT.** Judge Robert W. Roberts issued as order for service by publication on May ___, 2003. It was ordered that notice of the above-captioned action should be published once a week for three consecutive weeks in Al-Quds Al-Arabi (in Arabic) as well as the complaint being posted on the Internet at http://www.judicialwatch.org. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and Judicial Watch, Inc., 501 School Street, S.W., Suite 700, Washington, D.C. 20024 an Answer to Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default maybe taken against Defendants for relief demanded in the Complaint. The Complaint was filed for assault and battery, false imprisonment, intentional infliction of emotional distress, violations of the Anti-Terrorism Act, conspiracy and wrongful death.

Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.judicialwatch.org.