

## Al-Quds Al-Arabi Newspaper

# ADVERTISING RATE CARD

| SPACE | U.K. Rate £ | Overseas Rate U.S $ |
|---|---|---|
| Cm - Col Inside Page | 12 | 18 |
| Cm - Col Back Page | 18 | 27 |
| Cm - Col Front Page | 25 | 36 |
| 6.2 cm - 1 Col Inside Page | 75 | 115 |
| 6.2 cm - 1 Col Back Page | 115 | 175 |
| 6.2 cm - 1 Col Front Page | 150 | 230 |
| 12.4 cm - 2 Col Inside Page | 300 | 450 |
| 12.4 cm - 2 Col Back Page | 450 | 675 |
| 12.4 cm - 2 Col Front Page | 600 | 900 |
| 18.6 cm - 3 Col Inside Page | 750 | 1125 |
| 18.6 cm - 3 Col Back Page | 1125 | 1700 |
| 18.6 cm - 3 Col Front Page | 1500 | 2250 |
| Quarter Page / Inside Page | 1125 | 1700 |
| Half Page / Inside Page | 2250 | 3500 |
| Full Page / Inside Page | 4500 | 6500 |

Spot Colour *(Half Page Minimum)*: 25% premium
Agency Commission: 20%

**General Information**

Material Requirements: Negative films at 100 lines per inch screen, right reading, emulsion side down plus 1 bromide print.

| | |
|---|---|
| Printing Process | : Cold Set Web Offset |
| Column Width | : 40 mm |
| Column Margin Width | : 5 mm |
| Number of Columns: | : 8 |
| Material Deadline | : 3 days prior to publication date |
| Cancellation | : Any cancellation must be received in writing 2 days prior to publication date |

Full Page 530x355 mm
Half Page Horizontal 265x355 mm
Half Page Vert 530 x 175 mm

Quarter Page 265 x 175 mm

1. 40mm
2. 85mm
3. 130mm
4. 175mm

220 mm
265 mm
310 mm
355 mm

**General Conditions:** Advertisers and their agencies shall assume full responsibility for advertisement copy and contents. The publisher reserves the right to decline any advertisement not deemed suitable for print.