# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, in his capacity as the executor of the Estate of JANE DOE, in his personal capacity, and as the personal representative of JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>OSAMA BIN LADEN, *et al.*,<br><br>Defendants. | Civil Action No. 01-2516 (RWR) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion For Leave to Serve Certain Listed Defendants By Publication, any opposition thereto, and the entire record herein, it is hereby

ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff shall serve Defendants Skeikh Usama Bin-Muhammad Bin-Laden (a.k.a. Osama Bin Laden), Al Queda (a.k.a. Islamic Army) and The Taliban by means of publication.

3. Plaintiff shall publish the attached notice in *Al-Quds A-Arabi* (in Arabic) one day per week for a period of three consecutive weeks and shall place his complaint on the Internet at www.judicialwatch.org in both Arabic and English. The complaint will remain on the Internet until judgment is rendered.

SO ORDERED

DATE: 5/27/03

_____
The Hon. Richard W. Roberts, U.S.D.J.

Copies to:

    Larry Klayman, Esq.
    JUDICIAL WATCH, INC.
    501 School Street, S.W., Suite 500
    Washington, DC 20024

## LEGAL NOTICE

To named Defendants listed below:

**SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, a/k/a OSAMA BIN LADEN,**
Current location is unknown. Last know location was in Afghanistan;

**AL QAEDA, a/k/a THE ISLAMIC ARMY,**
Current location unknown. Last known location was in Afghanistan;

**THE TALIBAN,**
Current location unknown. Last known location was in Afghanistan

Larry Klayman, Esq.
JUDICIAL WATCH, INC.
501 School Street, S.W., Suite 500
Washington, D.C. 20024

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, JOHN DOE v. SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN, a/k/a OSAMA BIN-LADEN, et al., Case No. 1:01CV02516. NOTICE OF FILING OF COMPLAINT.** Judge R. Roberts issued an order for service by publication on May ___, 2003. It was ordered that notice of the above-captioned action should be published once a week for three consecutive weeks in Al-Quds Al-Arabi (in Arabic) as well as the complaint being posted on the Internet at http://www.judicialwatch.org. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and Judicial Watch, Inc., 501 School Street, S.W., Suite 700, Washington, D.C. 20024 an Answer to Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default maybe taken against Defendants for relief demanded in the Complaint. The Complaint was filed for assault and battery, false imprisonment, intentional infliction of emotional distress, violations of the Anti-Terrorism Act, conspiracy and wrongful death.

Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.judicialwatch.org.

3